UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DILENIA PAGUADA, on behalf of herself and all others similarly situated,

                Plaintiff,

-v-

NALU KAI INCORPORATED,

                Defendant.

21 Civ. 734 (PAE) (KHP)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On January 27, 2021, plaintiff filed the complaint. Dkt. 1. On January 28, 2021, the case was referred to Magistrate Judge Parker for general pretrial supervision. Dkt. 5. The same day, Judge Parker scheduled an initial conference. Dkt. 6.

On February 10, 2021, defendant was served with the summons and complaint. Dkt. 7. Defendant having not appeared, on July 14, 2021, plaintiff requested a Clerk's Certificate of Default, Dkts. 10–11, which issued the same day, Dkt. 12.

Defendant has still not appeared. Accordingly, by August 12, 2021, plaintiff shall submit a motion for default judgment that complies with the Court's Individual Rules and Practices, available at https://nysd.uscourts.gov/hon-paul-engelmayer.

SO ORDERED.

                                          *Paul A. Engelmayer*
                                          PAUL A. ENGELMAYER
                                          United States District Judge

Dated: July 15, 2021
       New York, New York